Filed June 20, 1894.

———————◆———————

No. 16,926.

WERBER *v.* TALBOT PAVING COMPANY.

No. 16,927.

HUBBARD *v.* TALBOT PAVING COMPANY.

No. 16,928.

CLOUSER *v.* TALBOT PAVING COMPANY.

No. 16,929.

RHODES *v.* TALBOT PAVING COMPANY.

No. 16,930.

AMSDEN *v.* TALBOT PAVING COMPANY.

No. 16,931.

COVAULT *v.* TALBOT PAVING COMPANY.

No. 16,932.

BRISCOE ET AL. *v.* TALBOT PAVING COMPANY.

No. 16,933.

WHEELER *v.* TALBOT PAVING COMPANY.

No. 16,934.

CLOUSER *v.* TALBOT PAVING COMPANY.

No. 16,935.

CARROLL *v.* TALBOT PAVING COMPANY.

No. 16,936.

## HENLEY v. TALBOT PAVING COMPANY.

No. 16,937.

## THOMAS v. TALBOT PAVING COMPANY.

No. 16,938.

## HUBBARD v. TALBOT PAVING COMPANY.

From the Wells Circuit Court.

*L. Mock, L. B. Simmons, H. Brownlee, H. J. Paulus, D. H. Fouts,* and *A. M. Waltz,* for appellant.
*J. Morris, R. C. Bell, J. M. Barrett* and *S. L. Morris,* for appellee.

HACKNEY, C. J.—In the above entitled cases, the appellee sued the several appellants to enforce liens against the lots of said several appellants for the improvement of a part of Washington street, in the town of Hartford City, upon which improvement said several lots abutted. All of the questions involved in any one of said cases, were presented and determined adversely to the appellants by this court, in the case of *Dowell* v. *Talbot Paving Co.*, 138 Ind. 675. Upon the authority of that case the judgments, severally, in the above entitled cases are in all things affirmed.

DAILEY, J., did not participate in the consideration of these cases.

Filed Oct. 31, 1894.